IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | Cause No. CV-22-00004-SPW |
| Plaintiff, | THE HON. SUSAN P. WATTERS |
| -vs.- | ORDER |
| LOREN SCHAUERS, | |
| Defendant. | |

---

Per the Parties' Joint Case Management Plan (Doc. 20), and good cause appearing therefore,

IT IS HEREBY ORDERED that, in the event the Court denies Plaintiff Liberty Mutual Fire Insurance Company's Motion for Summary Judgment (Doc. 3), the Parties shall file a Joint Discovery Plan and request a Scheduling Conference within 14 days of the Court's Order.

ENTERED this 17th day of June, 2022.

THE HONORABLE SUSAN P. WATTERS
United States District Judge

cc: Ryan Heuwinkel
Daniel Flaherty