UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | Case No. CV-22-04 -BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| LOREN SCHAUERS, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Plaintiff Liberty Mutual Fire Insurance Company and against Defendant Loren Schauers as stated in the Court's Order E.C.F. 22.

Dated this 27th day of September, 2022.

TYLER P. GILMAN, CLERK

By: /s/ E. Hamnes
E. Hamnes , Deputy Clerk